Jean Ohman Back, WSBA #37330
jback@schwabe.com
Stephanie P. Berntsen, WSBA #33072
sberntsen@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
1211 SW Fifth Avenue
Suites 1500-1900
Portland, OR 97204
(503) 222-9981

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 02 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUDY LINN, an individual,

    Plaintiff,

v.

KMART CORPORATION, a Michigan Corporation,

    Defendant.

Case No. Type No. CV-06-136-EFS

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the Plaintiff and Defendant, through their undersigned counsel of record, that the above-entitled action has been settled and should be dismissed with prejudice and without costs to any party.

Dated this 29TH day of March 2007

SCHWABE, WILLIAMSON & WYATT P.C

_Jean Ohman Back_
Jean Ohman Back, WSBA # 37330
Stephanie Berntsen, WSBA #33073
Of Attorneys for Defendant
1211 SW Fifth Avenue
   Suites 1500-1900
Portland, OR 97204
Telephone (503) 222-9981
Facsimile (503) 796-2900

_Steven C. Lacy_
Steven C. Lacy, WSBA #10814
Of Attorneys for Plaintiff
Lacy Kane P.S
455 N.E. 6th St.
East Wenatchee, WA 98802
Telephone (503) 884-9541
Facsimile (503) 884-4805

**STIPULATION AND ORDER OF DISMISSAL**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW Fifth Avenue
Suites 1500-1900
Portland, OR 97204

PDX/114037/148325/JOB/1517445.1

| | |
|---|---|
| 1 | Based upon the foregoing stipulation, |
| 2 |     IT IS HEREBY ORDERED, ADJUDGED AND DECREEED that the above-entitled |
| 3 | action be and the same is hereby dismissed with prejudice and without costs to any party. |
| 4 | DATED this _2nd_ day of _April_ 2007. |
| 5 | |
| 6 | |
| 7 | _____ |
| 8 | Honorable Edward F. Shea |
| 9 | |
| 10 | PREPARED BY: |
| 11 | |
| 12 | Jean Ohman Back, WSBA #37330 |
|    | Stephanie Berntsen, WSBA #33073 |
| 13 | Of Attorneys for Defendant |
|    | 1211 SW Fifth Avenue |
| 14 |     Suites 1500-1900 |
|    | Portland, OR 97204 |
| 15 | Telephone (503) 222-9981 |
|    | Facsimile (503) 796-2900 |
| 16 | |
|    | APPROVED AS TO FORM: |
| 17 | |
| 18 | Steven C. Lacy, WSBA #10814 |
|    | Of Attorneys for Plaintiff |
| 19 | Lacy Kane P.S |
|    | 455 N.E. 6th St |
| 20 | East Wenatchee, WA 98802 |
|    | Telephone (503) 884-9541 |
| 21 | Facsimile (503) 884-4805 |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

**STIPULATION AND ORDER OF DISMISSAL**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW Fifth Avenue
Suites 1500-1900
Portland, OR 97204

PDX/114037/148325/JOB/1517445.1

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on the 29th day of March, 2007 I caused to be served the |
| 3 | foregoing STIPULATION AND ORDER OF DISMISSAL on the following party at the |
| 4 | following address: |
| 5 | Steven C. Lacy |
|   | Lacy Kane P.S. |
| 6 | 455 N.E. 6th St. |
| 7 | East Wenatchee, WA 98802 |
| 8 | by: |

☒ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ hand delivery
☐ facsimile
☐ electronic service
☐ other (specify) _____

_Jean Ohman Back_
Jean Back

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
503-222-9981

Error! Unknown document property name.